## UNITED STATES DISTRICT COURT
## FOR THE DISTRICT OF COLUMBIA

| | |
|---|---|
| TOLORIA GANT, ) | |
| Mother and Next Friend of J.G., a Minor, ) | |
| ) | |
| Plaintiff, ) | |
| ) | |
| v. ) | Civil Action No. 07-1423 (RJL) |
| ) | |
| DISTRICT OF COLUMBIA, ) | |
| A municipal corporation, ) | |
| ) | |
| Defendant. ) | |

### DEFENDANT'S ANSWER TO THE COMPLAINT

The Defendant, by counsel, here answers the Plaintiff's Complaint as follows (paragraph numbers below correspond to the paragraph numbers in the Complaint):

### INTRODUCTION

1.  The first paragraph is the Plaintiff's introduction and request for relief and does not require a response.

### JURISDICTION AND VENUE

2.  The allegations in paragraph 2 are conclusions of law and/or of the pleader to which no response is required.  If a response is required, then the same allegations are denied.

3.  The Defendant admits the allegations in paragraph 3.

### PARTIES

4.  The Defendant admits the allegations in paragraph 4.

5.  The Defendant admits the allegations in paragraph 5.

6.  The Defendant the allegations in paragraph 6.

## FACTS

7.   The Defendant admits the allegations in paragraph 7, but notes that the settlement agreement requires the meeting to convene within 15 school days of the settlement agreement.

8.   The Defendant lacks knowledge or information at this time sufficient to form a belief as to the truth of the averments in paragraph 8.

9.   The Defendant admits the allegations in paragraph 9.

10. The Defendant lacks knowledge or information at this time sufficient to form a belief as to the truth of the averments in paragraph 10.

11. The Defendant lacks knowledge or information at this time sufficient to form a belief as to the truth of the averments in paragraph 11 with regard to the due process complaint, but admits that the March 27, 2007 hearing officer's decision addressed compliance with the December 18, 2006 settlement agreement.

12. The Defendant admits the allegations in paragraph 12.

13. The Defendant admits that the Plaintiff filed a Motion for Reconsideration, but lacks knowledge or information at this time regarding the date of that filing.

14. The Defendant lacks knowledge or information at this time sufficient to form a belief as to the truth of the averments in paragraph 14.

15. The Defendant denies the allegations in paragraph 15.

## Count I

16. The Defendants incorporate as though restated each of the answers stated in paragraphs 1 through 15 above.

17. The allegations in paragraph 17 are conclusions of law and/or of the pleader to which no response is required.  If a response is required, then the same are denied.

18. The allegations in paragraph 18 are conclusions of law and/or of the pleader to which no response is required.  If a response is required, then the same are denied.

19. The allegations in paragraph 19 are conclusions of law and/or of the pleader to pleader to which no response is required.  If a response is required, then the same are denied.

**BY WAY OF FURTHER ANSWER**, the Defendant denies all allegations of wrongdoing not otherwise responded to or admitted.

<u>**FIRST AFFIRMATIVE DEFENSE**</u>

The Complaint fails to state a claim upon which relief can be granted.

<u>**SECOND AFFIRMATIVE DEFENSE**</u>

The Complaint alleges violations outside of applicable time limitations.

<u>**THIRD AFFIRMATIVE DEFENSE**</u>

The Hearing Officer's Decision is supported by substantial evidence in the administrative record and should be affirmed.

<u>**FOURTH AFFIRMATIVE DEFENSE**</u>

The Plaintiff failed to exhaust her administrative remedies.

Respectfully submitted,

LINDA SINGER
Acting Attorney General
for the District of Columbia

GEORGE C. VALENTINE
Deputy Attorney General
Civil Litigation Division

**/s/ Edward P. Taptich**
EDWARD P. TAPTICH
Chief, Equity Section 2
Bar Number 012914

**/s/ Eden I. Miller**
EDEN I. MILLER
Assistant Attorney General
Bar Number 483802
441 Fourth Street, N.W., Sixth Floor South
Washington, D.C. 20001
(202) 724-6614
(202) 727-3625 (fax)
E-mail: Eden.Miller@dc.gov

October 1, 2007