THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

|  |  |  |
|---|---|---|
| TOLORIA GANT, | ) | |
|          Plaintiff, | ) | |
|  | ) | Civil Action No. 07-1423 |
| v. | ) | RJL |
|  | ) | |
| DISTRICT OF COLUMBIA, | ) | |
|          Defendant. | ) | |

**REPORT OF PARTIES UNDER LOCAL RULE 16.3**

**Joint Statement of the Case and its Bases**

The Plaintiff brought her case under the federal Individuals with Disabilities Education Act ("IDEA"), 20 U.S.C. § 1400 et seq., on behalf of her minor son, D.G. The Plaintiff seeks a judgment declaring that DCPS violated the IDEA and a settlement agreement and ordering DCPS to convene a meeting to develop a compensatory education plan based in part upon that finding.

The Plaintiff has received an administrative decision denying the relief requested in this case.

The Plaintiff contends that in ruling against her the Hearing Officer improperly relied solely upon written hearsay that was admitted without prior disclosure to the Plaintiff, and which was demonstrably false regardless.

The Defendant District of Columbia believes that the District of Columbia Public Schools and the independent hearing officer who issued the subject administrative decision have acted consistently with the IDEA.

**Parties' Proposed Schedule**

The Parties have conferred regarding scheduling, and state as follows:

1. The Parties expect the case to be resolved by dispositive motion.

2. The Parties have attempted to narrow the issues in dispute, but have failed to do so.

3. The Parties do not wish the case to be referred to a magistrate judge.

4. The Parties have discussed settlement, and will continue to do so, but do not believe that it is possible at this time.

5. The Parties do not think that this case would benefit from ADR.

6. The Plaintiff proposes the following deadlines:

    a. November 30, 2007 – administrative record and transcript filing by Defendant;
    b. January 7, 2008 – Plaintiff's summary judgment motion;
    c. February 7, 2008 – Defendant's opposition and cross-motion for summary judgment;
    d. February 26, 2008 – Plaintiff's opposition and reply;
    e. March 11, 2008 – Defendant's reply.

    The Defendant proposes the following deadlines:

    a. December 28, 2007:   Defendant will file administrative record.
    b. January 28, 2008:    Plaintiff will file summary judgment motion.
    c. February 28, 2008:   Defendant will file opposition and cross-motion for summary judgment.
    d. March 20, 2008:      Plaintiff will file opposition and reply.
    e. April 10, 2008:      Defendant will file reply.

7. The Parties stipulate to dispense with the requirements of Rule 26(a)(1).

8. The Parties do not currently believe that discovery or experts will be necessary.

9. The Parties propose that all other scheduling be decided if necessary following the resolution of the motions for summary judgment.

                                                 Respectfully submitted,

                                                 /s/ Douglas Tyrka /s/

Douglas Tyrka, #467500
Tyrka & Associates, LLC
1726 Connecticut Ave., NW, Suite 400
Washington, D.C. 20009
Phone: (202) 265-4260
Fax: (202) 265-4264
tyrka@tyrkalaw.com


LINDA SINGER
Attorney General
for the District of Columbia

GEORGE C. VALENTINE
Deputy Attorney General
Civil Litigation Division

**/s/ Edward P. Taptich**
EDWARD P. TAPTICH
Chief, Equity Section 2
Bar Number 012914

**/s/ Eden I. Miller**
EDEN I. MILLER
Assistant Attorney General
Bar Number 483802
441 Fourth Street, N.W., Sixth Floor South
Washington, D.C. 20001
(202) 724-6614
(202) 727-3625 (fax)
E-mail: Eden.Miller@dc.gov

THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

| | |
|---|---|
| TOLORIA GANT ) | |
| Plaintiff, ) | |
| ) | Civil Action No. 07-1423 |
| v. ) | RJL |
| ) | |
| DISTRICT OF COLUMBIA ) | |
| Defendant. ) | |

**PLAINTIFF'S PROPOSED ORDER**

On consideration of the Report of Parties Under Local Rule 16.3, it is hereby

ORDERED that the parties shall comply with the following deadlines:

1) the Defendant shall file the administrative record and transcript on or before November 30, 2007;

2) the Plaintiff shall file her Motion for Summary Judgment on or before January 7, 2008;

3) the Defendant shall file its Opposition and Cross-Motion for Summary Judgment on or before February 7, 2008;

4) the Plaintiff shall file her Opposition and Reply on or before February 26, 2008; and

5) the Defendant shall file its Reply on or before March 11, 2008.

SO ORDERED.

_____
Richard J. Leon
United States District Judge

THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

| | |
|---|---|
| TOLORIA GANT,<br>Mother and Next Friend of J.G., a Minor,<br><br>Plaintiff,<br><br>v.<br><br>DISTRICT OF COLUMBIA,<br>A municipal corporation,<br><br>Defendant. | )<br>)<br>)<br>)<br>)<br>)<br>)   Civil Action No. 07-1423 (RJL)<br>)<br>)<br>)<br>)<br>)<br>) |

## DEFENDANT'S PROPOSED SCHEDULING ORDER

Upon consideration of the proposed scheduling orders of both the Plaintiff and the Defendant, it is on this _____ day of November, 2007, hereby:

**ORDERED,** that this case shall proceed with the following deadlines:

a. The Defendant shall file the administrative record no later than December 28, 2007;

b. The Plaintiff shall file her motion for summary judgment no later than January 28, 2008;

c. The Defendant shall file its opposition to the summary judgment motion and its cross-motion for summary judgment not later than February 28, 2008;

d. The Plaintiff shall file her opposition to the cross-motion for summary judgment and her reply regarding her summary judgment motion no later than March 20, 2008; and

e. The Defendant shall file its reply regarding its summary judgment motion no later than April 10, 2008.

_____
Richard J. Leon
United States District Judge