UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

| | |
|---|---|
| TOLORIA GANT,<br>Mother and Next Friend of J.G., a Minor,<br><br>    Plaintiff,<br><br>    v.<br><br>DISTRICT OF COLUMBIA,<br>A municipal corporation,<br><br>    Defendant. | )<br>)<br>)<br>)<br>)<br>)   Civil Action No. 07-1423 (RJL)<br>)<br>)<br>)<br>)<br>)<br>) |

**DEFENDANT'S CONSENT MOTION TO ENLARGE BY TWO WEEKS
THE NOVEMBER 20, 2007, MINUTE SCHEDULING ORDER**

The Defendant District of Columbia, through counsel, respectfully moves this Court for an enlargement of time from February 28, 2008, to March 13, 2008, to file both its opposition to the Plaintiff's Motion for Summary Judgment and its cross-motion for summary judgment, pursuant to Fed. R. Civ. P. 6(b)(1) and this Court's August 7, 2007, Case Management Order. The Defendant also requests that the other deadlines set forth in the November 20, 2007, Minute Scheduling Order also be enlarged by two weeks. A proposed order is attached hereto.[1]

The Plaintiff has not yet requested an enlargement of time in this case, but the Defendant did request and receive one enlargement of time to file its Answer.

---

[1] The Defendant proposes the following amended schedule: the Defendant shall file its opposition to the summary judgment motion and its cross-motion for summary judgment no later than March 13, 2008; the Plaintiff shall file her opposition to the cross-motion for summary judgment and her reply regarding her summary judgment motion no later than April 3, 2008; and the Defendant shall file its reply regarding its summary judgment motion no later than April 24, 2008.

As grounds for this request for enlargement, the Defendant represents as follows:

1. The Plaintiff's counsel consents to an enlargement of two weeks of the briefing schedule, pursuant to LCvR 7.1 (m);

2. Last week, the undersigned counsel had a death in her family and unexpectedly had to go out of town for the funeral. The undersigned counsel just returned to the office today, February 27, 2008.

3. The Plaintiff will not be prejudiced by the granting of this motion.

### MEMORANDUM OF POINTS AND AUTHORITIES

1. This Court's August 7, 2007, Case Management Order;

2. Rule 6(b)(1), Federal Rules of Civil Procedure; and

3. The inherent powers of the Court.

Respectfully submitted,

PETER J. NICKLES
Interim Attorney General for the District of Columbia

GEORGE C. VALENTINE
Deputy Attorney General, Civil Litigation Division

**/s/ Edward P. Taptich**
EDWARD P. TAPTICH
Chief, Equity Section 2
Bar Number 012914

**/s/ Eden I. Miller**
EDEN I. MILLER
Assistant Attorney General
Bar Number 483802
441 Fourth Street, N.W., Sixth Floor South
Washington, D.C. 20001
(202) 724-6614
(202) 727-3625 (fax)
E-mail: Eden.Miller@dc.gov

February 27, 2008

UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

|  |  |  |
|---|---|---|
| TOLORIA GANT, <br> Mother and Next Friend of J.G., a Minor, <br><br> Plaintiff, <br><br> v. <br><br> DISTRICT OF COLUMBIA, <br> A municipal corporation, <br><br> Defendant. | ) <br> ) <br> ) <br> ) <br> ) <br> ) <br> ) <br> ) <br> ) <br> ) <br> ) <br> ) <br> ) | Civil Action No. 07-1423 (RJL) |

## ORDER

Upon consideration of the Defendant's Consent Motion to Enlarge the November 20, 2007, Minute Scheduling Order and the record herein, it is on this ___ day of February, 2008, hereby:

**ORDERED,** that the Defendant's Motion is **GRANTED**; and it is

**FURTHER ORDERED,** that this case shall proceed with the following deadlines:

1. The Defendant shall file its opposition to the summary judgment motion and its cross-motion for summary judgment no later than March 13, 2008;

2. The Plaintiff shall file her opposition to the cross-motion for summary judgment and her reply regarding her summary judgment motion no later than April 3, 2008; and

3. The Defendant shall file its reply regarding its summary judgment motion no later than April 24, 2008.

_____
United States District Judge Richard J. Leon