IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

| | |
|---|---|
| TOLORIA GANT,<br>    Plaintiff,<br><br>v.<br><br>DISTRICT OF COLUMBIA<br>    Defendant. | Civil Action No. 07-1423 RJL |

## NOTICE AND STIPULATION OF DISMISSAL

The Parties hereby stipulate to dismissal of all claims.

Respectfully submitted,

/s/ Douglas Tyrka
Douglas Tyrka, #467500
Tyrka & Associates, LLC
1726 Connecticut Ave., NW, Suite 400
Washington, D.C.  20009
Phone:  (202) 265-4260
Fax:  (202) 265-4264
Email: tyrka@tyrkalaw.com


PETER NICKLES
Acting Attorney General
for the District of Columbia

GEORGE C. VALENTINE
Deputy Attorney General
Civil Litigation Division

**/s/ Edward P. Taptich**
EDWARD P. TAPTICH
Chief, Equity Section 2
Bar Number 012914

                                                **/s/ Eden I. Miller**
                                                EDEN I. MILLER
                                                Assistant Attorney General
                                                Bar Number 483802
                                                441 Fourth Street, N.W., Sixth Floor South
                                                Washington, D.C. 20001
                                                (202) 724-6614
                                                (202) 727-3625 (fax)
                                                E-mail: Eden.Miller@dc.gov

**March 25, 2008**